**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

TORN FIN SAELEE,
      Plaintiff,

Case Number 3:13-cv-00160-TMB

v.

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,
      Defendant.        **JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT**. This action came before the court. The issues have been duly considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT this case is dismissed. The Court affirms the Commissioner's denial of Social Security benefits.


APPROVED:


s/TIMOTHY M. BURGESS
United States District Judge


Date: March 9, 2015

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    MARVEL HANSBRAUGH
    Marvel Hansbraugh,
    Clerk of Court

[]{JMT2.WPT*Rev.3/03}